**Order filed October 26, 2018**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-18-00468-CV**
_____

**In the Interest of K.A.P., a child**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-57994**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **October 24, 2018.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM